IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER CAMPBELL, | § | |
| | § | No. 151, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 2109013696 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: June 27, 2023
Decided: July 7, 2023

## ORDER

On June 6, 2023, the Senior Court Clerk issued a notice, sent by certified mail, directing the appellant, Christopher Campbell, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Campbell received the notice, as evidenced by the return receipt that was filed with the Court on June 15, 2023. A timely response to the notice to show cause was due on or before June 26, 2023. To date, Campbell has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice